IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA A. AHMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 22-00190-KD-N |
| | ) |
| JOHNSON & JOHNSON HEALTHCARE | ) |
| SYSTEMS, INC. and MEDICAL DEVICE | ) |
| BUSINESS SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the unopposed Motion to Stay Proceedings Pending MDL Transfer filed by Defendants Medical Device Business Services, Inc., f/k/a DePuy Orthopaedics, Inc. and Johnson & Johnson Healthcare Systems, Inc. (doc. 6). Defendants move to stay all proceedings pending the likely transfer to MDL No. 2244, *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, currently pending in the United States District Court for the Northern District of Texas. Defendants state that they have notified the Judicial Panel on Multidistrict Litigation of the existence of this action as a potential tagalong action to the MDL proceedings and expect that it will be transferred. Defendants report that Plaintiff does not oppose the stay. Defendants argue that granting the stay preserve the resources of court and the parties.

Upon consideration, the motion to stay (doc. 6) is **GRANTED** and this action is **STAYED** pending a decision by the JPML. Accordingly, if Defendants have not yet filed their responsive pleadings, they shall do so either as directed by the District Court in MDL No. 2244 if the action is transferred, or if the action is not transferred, within 30 days of denial of transfer.

DONE and ORDERED this the 20th day of May 2022.

> s/ Kristi K. DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**