# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA A. AHMED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 22-00190-KD-N |
| **MEDICAL DEVICE BUSINESS** | ) |
| **SERVICES, INC., a/k/a DEPUY** | ) |
| **ORTHOPAEDICS, INC.** | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Verdict entered June 6, 2024, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Defendant Medical Device Business Services, Inc. a/k/a DePuy Orthopaedics, Inc. as to all claims by Plaintiff Pamela A. Ahmed.

**DONE** and **ORDERED** this 6th day of June 2024.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE